November 20, 2009

Mr. William Richard Thompson II
Hankinson Levinger LLP
750 N. St. Paul Street, Suite 1800
Dallas, TX 75201

Mr. Fred Bowers
Bowers Law Office
P. O. Box 327
Lubbock, TX 79408-0327
Honorable R. Carter Tinsley Schildknecht
106th District Court
PO Box 1268
Lamesa, TX 79331-1268

RE: Case Number: 09-0122
 Court of Appeals Number: 11-08-00215-CV
 Trial Court Number: 07-09-15507

Style: IN RE GOLDEN PEANUT COMPANY, LLC

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Virginia |
| |Stewart |
| |Ms. Sherry |
| |Williamson |